```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JILL THOMAS
    Assistant U.S. Attorney
 3  CATHERINE R. CHYI
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2810
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. No. 10-186 GGH |
|---|---|---|
| Plaintiff, | ) | Order |
| v. | ) | |
| JOSEPH LOWERY, | ) | |
| Defendant. | ) | |

It is Hereby Ordered that the plaintiff United States of America's motion to dismiss Mag. No. 10-186 GGH is GRANTED.

IT IS SO ORDERED.

Dated: May 10, 2011

/s/ Gregory G. Hollows
_____
Hon. Gregory G. Hollows
United States Magistrate Judge